Order Filed on October 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**RUSSELL L. LOW, ESQ. RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street - Suite 304**
**Hackensack, New Jersey 07601**
**(201) 343-4040**
**Attorneys for Debtor (s)**

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Ivan Regalado | : | HONORABLE Vincent F. Papalia |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO. 26-18542 |
| | : | HEARING: October 15, 2026 at 10:00 a.m |

**REVISED ORDER IMPOSING**

☐ CASE ✓ AUTOMATIC STAY

The relief set forth on the following page is her

**DATED: October 26, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is reinstated AS TO MIDLAND MORTGAGE CO, and all creditors served with a copy of the motion, effective the date of this Order.

In the event that the debtor fails to make the monthly mortgage payments within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then MIDLAND MORTGAGE CO (Secured Creditor) may submit a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors and Debtors' Counsel.

In the event of a first certification of default, the debtor may have the opportunity to resolve the default with a consent order adding the arrears into the plan or paying the arrears over a 6 month period.

In the event that the debtor defaults on a consent order resolving the first default, the Secured Creditor may file a second Certification of Default and the debtor must provide a full cure within 15 days. If the debtor does not provide the full cure, an Order Vacating Stay may be entered.